JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA CORE,<br><br>        Plaintiff,<br><br>        v.<br><br>GAF MANAGEMENT LLC, et al.,<br><br>        Defendants. | Case No. CV 20-3071 FMO (JEMx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that the above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 15th day of June, 2020.

                                                            /s/<br>
                                              Fernando M. Olguin<br>
                                          United States District Judge